**John Roesing, appellee, v. E. P. Moeller, trading as Mayfield Garage, appellant.    Gen. No. 29,139.**

Action for negligent injury to automobile in custody of bailee. Judgment for plaintiff.    Appeal from the County Court of Cook county; the Hon. John D. Biggs, Judge, presiding.    Heard in the first division of this court for the first district at the March term, 1924.    Affirmed.    Opinion filed October 20, 1924.

Charles N. Goodnow, for appellant.    Laurence M. Fine and Robert D. Melick, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Arthur Spingola, plaintiff in error.    Gen. No. 29,155.**

Conviction of keeping house of prostitution.    Error to the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924.    Reversed and remanded with directions.    Opinion filed October 20, 1924.

Cantwell & Cantwell and Martin W. Grosse, for plaintiff in error. Robert E. Crowe, State's Attorney, for defendant in error; Henry T. Chace, Jr. and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**Edward Reisman, appellee, v. Fort Dearborn Casualty Underwriters, appellant.    Gen. No. 29,169.**

Action upon policy of automobile insurance.    Judgment for plaintiff.    Appeal from the Municipal Court of Chicago; the Hon. James J. O'Toole, Judge, presiding.    Heard in the first division of this court for the first district at the March term, 1924.    Affirmed. Opinion filed October 20, 1924.

Le Forgee, Schroeder & Tate, for appellant; Murphy O. Tate, of counsel.    Milton H. Weiss, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**Catherine York, complainant, appellee, v. Albert T. Farr et al., defendants, on appeal of Albert T. Farr, defendant, appellant.    Gen. No. 29,181.**

Commitment for contempt.    Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding.    Heard in the first division of this court for the first district at the March term, 1924.    Reversed.    Opinion filed October 20, 1924.

Hyman J. Rosenberg, for appellant; Abraham Miller, of counsel. Bassler, Bippus, Rose & Reeve, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.